UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYCE GINTHER *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>STEELWORKERS HEALTH AND<br>WELFARE PLAN *et al.*,<br><br>　　　　Defendants. | Case No: 13-742<br><br>Hon. Thomas N. O'Neill, Jr.<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

　　　Plaintiffs Bryce Ginther and Kit Kineef ("Plaintiffs") filed the above-captioned matter on February 11, 2012.  Defendants have not answered the complaint or moved for summary judgment.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of voluntary dismissal of the above-captioned action with prejudice.

//

//

//

//

//

1

Plaintiffs request an order dismissing this action against all defendants with prejudice.

Dated: June 26, 2013                                   Respectfully submitted,

                                                      LEWIS, FEINBERG, LEE,
                                                      RENAKER & JACKSON, P.C.

                       By:    /s/ Teresa S. Renaker
                               Teresa S. Renaker, Esquire*
                               Julie H. Wilensky, Esquire*
                               Lewis, Feinberg, Lee, Renaker
                               & Jackson, P.C.
                               476 9th Street
                               Oakland, CA 94607

                               *Attorneys for Plaintiffs*

                               **Admitted pro hac vice*